**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | | |
|---|---|---|---|
| IN RE: | : | | |
| | : | | |
| Efelda Mae Young | : | Case No. 24-10555 AMC | |
| | : | | |
| Debtor | : | Chapter 13 | |

**NOTICE OF APPEARANCE**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Kivitz & Kivitz, P.C., through its undersigned member, hereby gives notice of its appearance in this case on behalf of Stephanie Jones, and does hereby request that all notices required to be given under Bankruptcy Rule 2002, including notices under Bankruptcy Rule 2002(i) that, but for this request, would be provided only to a committee appointed pursuant to the Bankruptcy Code or their authorized agents, be given to counsel for Stephanie Jones at the following address:

Jay E. Kivitz, Esquire
Kivitz & Kivitz, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150
Tel:    215-549-2525
Fax:    215-253-5285
Email: jkivitz@kivitzlaw.com

Stephanie Jones hereby further notifies all parties of interest in this case that it is represented by the undersigned attorney and requests that the Clerk of the Court place the undersigned attorney on any Master Service List in this case and that all counsel of record provide the undersigned attorney with copies of all pleadings, notices and other filings made in this case, including, without limitation, notices regarding and (if applicable) copies of any hearing, order, demand, request, complaint, motion, application or other pleading, whether formal or informal and however transmitted or filed (by mail, facsimile, telephone or otherwise). The Clerk of the Court and all counsel of record are requested to direct all communications to the undersigned attorney at the address, telephone or facsimile number set forth above.

Date: March 14, 2024                    ___/s/_ Jay E. Kivitz_____
                                                                                    JAY E. KIVITZ, ESQUIRE
                                                                                    Attorney for Stephanie Jones

Jay E. Kivitz, Esquire
Kivitz & Kivitz, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150
Tel:    215-549-2525
Fax:    215-253-5285
Email: jkivitz@kivitzlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing instrument has been served upon counsel electronically:

On this the 14th day of March, 2024.

_____/s/_ *Jay E. Kivitz*_____
JAY E. KIVITZ, ESQUIRE
Attorney for Stephanie Jones