**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Efelda Mae Young,<br><br>*Debtor*. | Chapter 13<br>Case No. 24-10555 |

**Certification of No Payment Advices**
**Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

      I, Efelda Mae Young, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because:

☐   I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☑   I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐   My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐   I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐   I did not receive payment advices due to factors other than those listed above.

      I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: May 16, 2024                               **/s/ Efelda Mae Young**
                                                            Efelda Mae Young