**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:  Efelda Mae Young** | : | Chapter 13 |
| | : | |
| **Debtor** | : | 24-10555AMC |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

  Stephanie Jones has filed a Motion for Relief from Automatic Stay with the court so that Movant can proceed with a pending Complaint in the Court of Common Pleas of Philadelphia County, Efelda M. Young and Keith M. Young, No. 230800010.

1. <u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before <u>**September 9, 2024**</u> **you or your attorney must file a response to the Motion**.  (see *Instructions on next page.)*

3. **A hearing on the Motion** is scheduled to be held on **September 18, 2024**, **at 10:00 a.m. in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.**  Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been cancelled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## **Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at

    Clerk of the United States Bankruptcy Court
    900 Market Street, #400
    Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Jay E. Kivitz, Esquire
    Kivitz & Kivitz, P.C.
    7901 Ogontz Avenue
    Philadelphia, PA 19150
    (215) 549-2525
    Fax No.: 215 253-5285
    Email address jkivitz@kivitzlaw.com

Date: August 23, 2024