| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-10555-AMC**

| | |
|---|---|
| Efelda Mae Young | Petition Filed Date: 02/21/2024 |
| 1925 Humphrey Merry Way Apt A | 341 Hearing Date: 05/24/2024 |
| Elkins Park  PA    19027-1014 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/19/2024 | $750.00 | 29092711601 | 04/16/2024 | $750.00 | 29163319705 | 05/20/2024 | $500.00 | 19643192985 |
| 05/20/2024 | $250.00 | 19643192984 | 07/08/2024 | $750.00 | 29363885234 | | | |

**Total Receipts for the Period:  $3,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | ASHLEY FUNDING SVCS LLC<br>»»  001 | Unsecured Creditors | $100.00 | $0.00 | $0.00 |
| 2 | MDG USA INC<br>»»  002 | Unsecured Creditors | $743.59 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»»  003 | Priority Crediors | $44,397.71 | $0.00 | $0.00 |
| 4 | CITY OF PHILADELPHIA (LD)<br>»»  004 | Secured Creditors | $5,033.85 | $0.00 | $0.00 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»»  005 | Secured Creditors | $23,115.67 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10555-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,750.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $0.00 | Arrearages: | $750.00 |
| Paid to Trustee: | $375.00 | Total Plan Base: | $33,750.00 |
| Funds on Hand: | $3,375.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.