# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Efelda Mae Young,<br><br>*Debtor*. | Case No. 24-10555-AMC<br>Chapter 13<br>Related to ECF No. 19 |

## Debtor's Objection to Motion for Relief from Stay

Debtor Efelda Mae Young, through her attorney, hereby objects to the certification of default filed by Stephanie Jones at ECF No. 19 and asks to be heard by the Court before the entry of a final order.

Date: August 28, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com