**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | | |
|---|---|---|---|
| IN RE:  Efelda Mae Young | : | Chapter 13 | |
| | : | | |
| Debtor | : | Case #24-10555-amc | |

_____

| | | | |
|---|---|---|---|
| Stephanie Jones | : | 11 U.S.C. Section 362 | |
| | : | | |
| Movant | : | Hearing Date: September 18, 2024 | |
| | : | at 10:00 a.m. – Courtroom 4 | |

## **CERTIFICATION OF NO OBJECTION**

    I, Jay E. Kivitz, Esquire, Attorney for the Moving Party, do hereby certify that to the best of my knowledge, information and belief, no answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay of Stephanie Jones, filed on August 23, 2024 with a response date of September 9, 2024 has been filed by the Debtor or the Trustee.

Dated:  September 15, 2024                    __/s/ Jay E. Kivitz_____
                                                                   Jay E. Kivitz, Esquire
                                                                   Attorney ID No. 26769
                                                                   KIVITZ & KIVITZ, P.C.
                                                                   7901 Ogontz Avenue
                                                                   Philadelphia, PA  19150
                                                                   215-549-2525  FAX 215-253-5285
                                                                   jkivitz@kivitzandkivitz.com
                                                                   Attorney for Movant/Applicant

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | | |
|---|---|---|---|
| IN RE:  Efelda Mae Young | : | Chapter 13 | |
| | : | | |
| Debtor | : | Case #24-10555-amc | |

_____

| | | | |
|---|---|---|---|
| Stephanie Jones | : | 11 U.S.C. Section 362 | |
| | : | | |
| Movant | : | Hearing Date: September 18, 2024 | |
| | : | at 10:00 a.m. – Courtroom 4 | |

### CERTIFICATION OF SERVICE

I, Jay E. Kivitz, Esquire, Attorney for Stephanie Jones do hereby certify that on this date I caused to be served a true and correct copy of Stephanie Jones' Certification of No Objection to a Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 on the parties shown on the Service List attached, by the Court's ECF system or by first class mail, postage prepaid.

Respectfully submitted,

Date:  September 15, 2024         __/s/ Jay E. Kivitz_____
JAY E. KIVITZ, ESQUIRE
ID# 26769
Kivitz & Kivitz, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150
215-549-2525
Attorney for Movant/Applicant