**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

___

| | | | |
|---|---|---|---|
| IN RE:  Efelda Mae Young | : | Chapter 13 | |
| | : | | |
| Debtor | : | Case #24-10555-amc | |

___

| | | | |
|---|---|---|---|
| | : | | |
| Stephanie Jones | : | 11 U.S.C. Section 362 | |
| | : | | |
| Movant | : | Hearing Date: September 18, 2024 | |
| | : | at 10:00 a.m. – Courtroom 4 | |

**PRAECIPE TO WITHDRAW CERTIFICATION OF NO OBJECTION**

To the Clerk of the Bankruptcy Court:

Please withdraw the Certification of No Objection filed by Stephanie Jones, Movant, on September 15, 2024, (Document No. 25), relating to Movant's Motion for Relief From Automatic Stay, (Document 19).

Dated:  September 16, 2024                    __/s/ Jay E. Kivitz_____
Jay E. Kivitz, Esquire
Attorney ID No. 26769
KIVITZ & KIVITZ, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150
215-549-2525  FAX 215-253-5285
jkivitz@kivitzandkivitz.com
Attorney for Movant/Applicant

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | | |
|---|---|---|---|
| IN RE:  Efelda Mae Young | : | Chapter 13 | |
| | : | | |
| Debtor | : | Case #24-10555-amc | |

_____

| | | | |
|---|---|---|---|
| | : | | |
| Stephanie Jones | : | 11 U.S.C. Section 362 | |
| | : | | |
| Movant | : | Hearing Date: September 18, 2024 | |
| | : | at 10:00 a.m. – Courtroom 4 | |

### CERTIFICATION OF SERVICE

I, Jay E. Kivitz, Esquire, Attorney for Stephanie Jones do hereby certify that on this date I caused to be served a true and correct copy of Stephanie Jones' Certification of No Objection to a Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 on the parties shown on the Service List attached, by the Court's ECF system or by first class mail, postage prepaid.

Respectfully submitted,

Date:  September 16, 2024        __/s/ Jay E. Kivitz_____
JAY E. KIVITZ, ESQUIRE
ID# 26769
Kivitz & Kivitz, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150
215-549-2525
Attorney for Movant/Applicant