**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| IN RE: Efelda Mae Young | : | Chapter 13 |
| | : | |
| Debtor | : | Case #24-10555-amc |

_____

| | | |
|---|---|---|
| Stephanie Jones | : | |
| | : | |
| Movant | : | |
| v. | : | |
| Efelda Young | : | |
| Debtor | : | |

**ORDER**

AND NOW, this __14th__ day of __Nov._____, 2024, upon consideration of the Motion of Stephanie Jones, (the "Movant") for Relief from the Automatic Stay, and the Debtor's response thereto, if any, it is

ORDERED THAT the Motion for Relief from the Automatic Stay of all proceedings is GRANTED. The automatic stay of all proceedings in effect pursuant to 11 U.S.C. §362(a) is hereby terminated pursuant to 11 U.S.C. §362(d)(1) and (2) as to the Movant, so that Movant may continue with her action in the Court of Common Pleas of Philadelphia County for the real property located at 1355 E. Rittenhouse Street, Philadelphia, PA 19138.

BY THE COURT:

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

Cc:  See attached service

Efelda Mae Young
1925 Humphrey Merry Way, Apt. A
Elkins Park, PA  19195

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Scott F. Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Jay E. Kivitz, Esquire
Kivitz &Kivitz, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150