# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10555-amc |
| Efelda Mae Young | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 14, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Efelda Mae Young, 1925 Humphrey Merry Way Apt A, Elkins Park, PA 19027-1014 |
| cr | + | Stephanie Jones, 1355 E. Rittenhouse Street, Philadelphia, PA 19138-1916 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JAY E. KIVITZ | on behalf of Creditor Stephanie Jones jkivitz@kivitzandkivitz.com |
| MICHAEL A. CIBIK | on behalf of Debtor Efelda Mae Young help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 14, 2024 | Form ID: pdf900 | Total Noticed: 2
TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Efelda Mae Young | : | Chapter 13 |
| | : | |
| Debtor | : | Case #24-10555-amc |

| | | |
|---|---|---|
| Stephanie Jones | : | |
| | : | |
| Movant | : | |
| v. | : | |
| Efelda Young | : | |
| Debtor | : | |

**ORDER**

AND NOW, this **14th** day of **Nov.**, 2024, upon consideration of the Motion of Stephanie Jones, (the "Movant") for Relief from the Automatic Stay, and the Debtor's response thereto, if any, it is

ORDERED THAT the Motion for Relief from the Automatic Stay of all proceedings is GRANTED. The automatic stay of all proceedings in effect pursuant to 11 U.S.C. §362(a) is hereby terminated pursuant to 11 U.S.C. §362(d)(1) and (2) as to the Movant, so that Movant may continue with her action in the Court of Common Pleas of Philadelphia County for the real property located at 1355 E. Rittenhouse Street, Philadelphia, PA 19138.

BY THE COURT:

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

Cc: See attached service

Efelda Mae Young
1925 Humphrey Merry Way, Apt. A
Elkins Park, PA  19195

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Scott F. Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Jay E. Kivitz, Esquire
Kivitz &Kivitz, P.C.
7901 Ogontz Avenue
Philadelphia, PA  19150