United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10555-amc |
| Efelda Mae Young | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 17, 2025 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Efelda Mae Young, 1925 Humphrey Merry Way Apt A, Elkins Park, PA 19027-1014 |
| 14859604 | | Kivitz & Kivitz, P.C., 7901 Ogontz Ave, Philadelphia, PA 19150-1409 |
| 14859609 | | Stephanie Jones, 1355 E Rittenhouse St, Philadelphia, PA 19138-1916 |
| 14864694 | + | Stephanie Jones, C/O Jay E. Kivitz, Esquire, Kivitz & Kivitz, P.C., 7901 Ogontz Avenue, Philadelphia, PA 19150-1409 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 18 2025 00:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2025 00:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Jan 18 2025 00:59:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595 |
| 14864321 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2025 01:18:06 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14904977 | | Email/Text: megan.harper@phila.gov | Jan 18 2025 00:59:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14859602 | | Email/Text: megan.harper@phila.gov | Jan 18 2025 00:59:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14917486 | | Email/Text: megan.harper@phila.gov | Jan 18 2025 00:59:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd, Room 580, Philadelphia, PA 19102 |
| 14940166 | + | Email/Text: megan.harper@phila.gov | Jan 18 2025 00:59:00 | City of Philadelphia, Water Revenue Bureau, c/o Pamela Elchert Thurmond, Esq, 1401 John F Kennedy Blvd 5th Flr, Philadelphia, PA 19102-1663 |
| 14859603 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 18 2025 00:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14859605 | + | Email/Text: financeadmin@mdg.com | Jan 18 2025 00:58:00 | MDG US/Capital Community Bank, Attn: Bankruptcy, 3422 Old Capital Trail , PMB# 1993, Wilmington, DE 19808-6124 |
| 14859606 | | Email/Text: fesbank@attorneygeneral.gov | Jan 18 2025 00:58:00 | Pennsylvania Attorney General, 16th Floor, |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 17, 2025 | Form ID: pdf900 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| | | | | Strawberry Square, Harrisburg, PA 17120-0001 |
| 14859607 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2025 00:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14859608 | ^ | MEBN | Jan 18 2025 00:37:04 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14859610 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 18 2025 00:59:00 | Transworld System Inc, PO Box 15630, Wilmington, DE 19850-5630 |
| 14859611 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 18 2025 00:59:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14859612 | ^ | MEBN | Jan 18 2025 00:36:45 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Stephanie Jones, 1355 E. Rittenhouse Street, Philadelphia, PA 19138-1916 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAY E. KIVITZ | on behalf of Creditor Stephanie Jones jkivitz@kivitzandkivitz.com |
| MICHAEL A. CIBIK | on behalf of Debtor Efelda Mae Young help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Efelda Mae Young

                  Debtor

Chapter 13

Bankruptcy No. 24-10555-AMC

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 17, 2025**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE