# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 24-10555-AMC |
| Efelda Mae Young, | Chapter 13 |
| Debtor. | |

**Debtor's Motion for Return of Unclaimed Funds**

Debtor Efelda Mae Young, by and through her attorney, moves this Court for return of unclaimed funds. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under chapter 13 on February 21, 2024. The case was dismissed before confirmation on January 17, 2025.

2. The trustee in this case is Scott F. Waterman.

3. On June 10, 2025, the trustee's office paid $4,050.00 to the Court registry from the Debtor's trustee fund. The funds paid into the registry represent the Debtor's payments from the instant case that were never distributed to any creditor. The above funds remain in the Court registry.

4. The Debtor requests that she be paid in the amount of $4,050.00 from the Court registry.

NOW, THEREFORE, the Debtor asks this Court to return the unclaimed funds and grant such other relief as may be necessary and proper under the law.

Date: June 19, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com