# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Case No. 24-10555-AMC |
|  | : |  |
| Efelda Mae Young, | : | Chapter 13 |
|  | : |  |
| Debtor. | : |  |

**Order Granting Debtor's Motion for Return of Unclaimed Funds**

**AND NOW**, on this _____ day of _____, 2025, after consideration of the Debtor's Motion for Return of Unclaimed Funds, and after notice and a hearing, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the Clerk of Court is authorized and directed to make payment in the amount of $4,050.00 to Debtor Efelda Mae Young, and deliver such payment to the Debtor at the address listed on the service list.

BY THE COURT:

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge