# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 24-10555-AMC |
| | : | |
| Efelda Mae Young, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

## Notice of Motion for Return of Unclaimed Funds, Response Deadline, and Hearing Date

The Debtor in the above-captioned matter has filed a Motion for Return of Unclaimed Funds for the reasons stated in the motion.

<u>Your rights may be affected.</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

**If you do not want the court to grant the relief sought in the motion** or if you want the court to consider your views on the motion, then on or before **Thursday, July 3, 2025, you or your attorney must file a response to the motion.** (See instructions on next page).

**An evidentiary hearing on the motion is scheduled to be held on August 6, 2025, at 11:00 A.M.** before Chief U.S. Bankruptcy Judge Ashely M. Chan by Zoom audio (dial 646-828-7666, enter meeting ID 160 6807 8081, and press #).

**If you do not file a response, the court may cancel the hearing and enter an order granting the relief requested in the motion.** You may contact the clerk of court at 215-408-2800 to find out whether the hearing has been canceled. If a copy of the motion is not enclosed, a copy will be provided to you if you request one from the attorney listed below.

### How to File a Response

If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. If you are not required to file electronically, you must file your response at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Building, 900 Market Street, Philadelphia, PA 19107. If you mail your response, you must mail it early enough so that it will be received by the court on or before the deadline. For more information about the U.S. Bankruptcy Court, please visit **https://www.paeb.uscourts.gov**.

Date: June 19, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com