## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 24-10555-AMC |
| | : | |
| Efelda Mae Young, | : | Chapter 13 |
| | : | |
| Debtor. | : | |

### Certificate of Service

I, Michael A. Cibik, certify that on June 19, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion for Return of Unclaimed Funds, Notice, and Proposed Order

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: June 19, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Method of Service: CM/ECF

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404
Method of Service: First Class Mail

**Efelda Mae Young**
1925 Humphrey Merry Way, Apt A
Elkins Park, PA 19027-1014
Method of Service: First Class Mail